U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
JAN 2 9 2009
ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| LYNDA HUGGINS | CIVIL ACTION NO. 08-1397 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM , ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation [Doc. No. 13] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [Doc. No. 7] is GRANTED IN PART and DENIED IN PART.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Lynda Huggins's ("Huggins") claims against the University of Louisiana at Monroe are DISMISSED WITH PREJUDICE; that Huggins's ADEA claims against the Board of Supervisors for the University of Louisiana System are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction; and that Huggins's FLSA claims against the Board of Supervisors for the University of Louisiana System are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that the Motion to Dismiss is DENIED as to Huggins's Title VII claims against the Board of Supervisors for the University of Louisiana System.

MONROE, LOUISIANA, this 29th day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE